UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BISI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE AUTO J.P. MORGAN CHASE BANK, N.A.,<br><br>Defendant. | No. 2:23-cv-02508-TLN-CSK<br><br><br><br>**ORDER** |

Plaintiff, proceeding without counsel, initiated the above captioned civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On July 19, 2024, the magistrate judge filed findings and recommendations (ECF No. 20), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On August 6, 2024, Plaintiff filed objections to the findings and recommendations (ECF No. 21), which have been considered by the Court.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on July 19, 2024 (ECF No. 20), are ADOPTED IN FULL;
2. The Court GRANTS Defendant's Motion to Dismiss (ECF No. 6) with leave to amend;
3. Plaintiff shall file an amended complaint within thirty (30) days of the electronic filing date of this Order; and
4. This matter is referred back to the magistrate judge for further pretrial proceedings.

IT IS SO ORDERED.

Date: September 16, 2024

_____
Troy L. Nunley
United States District Judge