UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY J. BISI, et al., | Case No. 2:23-cv-02508-TLN-CSK (PS) |
| Plaintiffs, | |
| v. | ORDER |
| CHASE AUTO J.P. MORGAN CHASE BANK, N.A., | (ECF No. 25.) |
| Defendant. | |

On July 19, 2024, the undersigned issued Findings and Recommendations granting Defendant JPMorgan Chase Bank, N.A.'s[1] motion to dismiss Plaintiffs Gregory J. Bisi and Laurie D. Bisi's complaint without prejudice. (ECF No. 20.)[2] Plaintiffs filed objections to the findings and recommendations on August 6, 2024. (ECF No. 21.) On September 17, 2024, the District Judge adopted the Findings and Recommendations in full, granting the motion to dismiss with leave to amend and directing Plaintiffs to file an amended complaint within thirty (30) days of the date of the order. (ECF No. 25.) Plaintiffs were cautioned that failure to timely comply with the order would result in a

---

[1] In Defendant's motion to dismiss, Defendant states that it was erroneously sued as "Chase Auto J.P. Morgan Chase Bank, N.A." (ECF No. 6 at 9.)

[2] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

1

recommendation that this action be dismissed. (ECF No. 20 at 12.) The applicable deadline has now passed, and Plaintiffs have failed to file an amended complaint.

A district court may impose sanctions, including involuntary dismissal of a plaintiff's case pursuant to Federal Rule of Civil Procedure 41(b), where the plaintiff fails to prosecute his or her case or fails to comply with the court's orders, the Federal Rules of Civil Procedure, or the court's local rules. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991) (recognizing that a court "may act *sua sponte* to dismiss a suit for failure to prosecute"); *Hells Canyon Preservation Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (approving *sua sponte* dismissals under Rule 41(b)); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), *as amended* (May 22, 1992) ("Pursuant to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure to comply with any order of the court."). This Court's Local Rules are in accord. *See* E.D. Cal. Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); E.D. Cal. Local Rule 183(a) (providing that a pro se party's failure to comply with the Federal Rules of Civil Procedure, the court's Local Rules, and other applicable law may support, among other things, dismissal of that party's action).

The Court has considered whether this action should be dismissed at this juncture due Plaintiffs' failure file an amended complaint as ordered by the Court. Nevertheless, in light of Plaintiffs' pro se status, the Court first attempts lesser sanctions by issuing this order to show cause. Plaintiffs have fourteen (14) days to respond to this order to show cause and file an amended complaint. Plaintiffs are warned that the failure to file an amended complaint within fourteen (14) days will result in a recommendation to dismiss this action for failure to prosecute.

Plaintiffs have also filed a second motion to set a trial date. (ECF No. 26.) The Court denies this motion as premature given that the pleadings in this case are not yet settled.

It is HEREBY ORDERED that:

1. Plaintiffs have fourteen (14) days to respond to the order to show cause and file an amended complaint; and

2. Plaintiffs' motion to set a date (ECF No. 26) is DENIED.

Dated: November 1, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, bisi.2508.24