UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY J. BISI, et al., | No. 2:23-cv-02508-TLN-CSK |
| Plaintiffs, | |
| v. | **ORDER** |
| CHASE AUTO J.P. MORGAN CHASE BANK, N.A., | |
| Defendant. | |

Plaintiff Gregory J. Bisi ("Plaintiff"), proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 27, 2024, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 29.) No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is

1

1  appropriate to adopt the findings and recommendations in full.

2      Accordingly, IT IS HEREBY ORDERED that:

3    1. The Findings and Recommendations (ECF No. 29) are ADOPTED IN FULL;

4    2. Plaintiffs' claims are DISMISSED pursuant to Federal Rule of Civil Procedure 41(b); and

5    3. The Clerk of the Court is directed to close this case.

6      IT IS SO ORDERED.

7  Date: February 7, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE